**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**
**MISCELLANEOUS MEMORANDUM**

SCOTT A. LYNCH, M.D.,                    : No. 124 MM 2020
                                         :
            Petitioner                   :
                                         :
                                         :
        v.                               :
                                         :
                                         :
THE PENNSYLVANIA STATE                   :
UNIVERSITY, SANDY BARBOUR,               :
CHARMELLE GREEN, JAMES FRANKLIN,         :
PENN STATE HEALTH, THE MILTON S.         :
HERSHEY MEDICAL CENTER AND KEVIN         :
P. BLACK, M.D.,                          :
                                         :
            Respondents                  :

## <u>ORDER</u>

**AND NOW**, this 18th day of November, 2020, the Petition for Allowance of Appeal, treated as a Petition for Review, is DENIED.